**SLIP OP 12 -** 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**

ZHEJIANG DUNAN HETIAN METAL
COMPANY, LIMITED,

              Plaintiff,

                v.

UNITED STATES,

              Defendant,

           - and -

PARKER-HANNIFIN CORPORATION,

             Defendant-
             Intervenor.

Before: Donald C. Pogue,
      Chief Judge
Court No. 09 - 00217

**JUDGMENT**

This matter returns to court following remand in accordance with the Court of Appeals for the Federal Circuit's decision in Zhejiang DunAn Hetian Metal Co. v. United States, 652 F.3d 1333 (Fed. Cir. 2011), which vacated and remanded our previous judgment in Zhejiang DunAn Hetian Metal Co. v. United States, __ CIT __, 707 F. Supp. 2d 1355 (2010). Before the court now are the Department of Commerce's ("the Department" or "Commerce") Final Results of Redetermination Pursuant to Remand, Jan. 5, 2012, ECF No. 68 ("Remand Results").

Both Plaintiff and Defendant Intervenor concur with the Remand Results and have requested expeditious resolution of this

matter.  Accordingly, the court affirms the Remand Results.  <u>See</u>

<u>JTEKT Corp. v. United States</u>, 780 F. Supp. 2d 1357, 1367 (CIT

2011).  Therefore, it is hereby:

   **ORDERED** that Commerce's Remand Results are affirmed.


                                   <u>    /s/ Donald C. Pogue    </u>
                                   Donald C. Pogue, Chief Judge



Dated: January 27, 2012
       New York, New York